# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA
\* \* \*

| | |
|---|---|
| DOUGLAS E. SHIELDS,<br><br>　　　　　　　　Plaintiff,<br>v.<br>STATE OF NEVADA, *et al.*,<br>　　　　　　　　Defendants. | Case No. 3:24-cv-00216-ART-CLB<br><br>**ORDER DENYING PRISONER IFP APPLICATION AS MOOT**<br><br>[ECF Nos. 1, 4] |

　　　　Plaintiff Douglas E. Shields filed this case while he was incarcerated in the custody of the Nevada Department of Corrections. The Court screened Plaintiff's first amended complaint and deferred a decision on his application to proceed *in forma pauperis* ("IFP") for prisoners. (ECF No. 9.) Plaintiff later updated his address, indicating that he is no longer incarcerated. (ECF No. 14.) To procced with this case, Plaintiff must either file an IFP application for non-prisoners or pay the full $405 filing fee by **October 3, 2025**. After the filing fee is resolved, the Court will issue an order on the matter of service.

　　　　Accordingly, **IT IS ORDERED** that Plaintiff's IFP application for prisoners (ECF Nos. 1, 4) is denied as moot.

　　　　**IT IS FURTHER ORDERED** that the Clerk of Court will send Plaintiff the approved form application to proceed *in forma pauperis* by a non-prisoner, as well as the document entitled information and instructions for filing an *in forma pauperis* application.

　　　　**IT IS FURTHER ORDERED** that, by **October 3, 2025**, Plaintiff will either: (1) file a fully complete IFP application for non-prisoners; or (2) pay the full $405 filing fee.

　　　　**IT IS FURTHER ORDERED** that, if Plaintiff does not timely comply with this order, this case will be subject to dismissal without prejudice.

　　　　**IT IS SO ORDERED**.

　　　　**DATED**: September 4, 2025.

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　**UNITED STATES MAGISTRATE JUDGE**