# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
* * *

| | |
|---|---|
| DOUGLAS E. SHIELDS,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>THE STATE OF NEVADA ex rel NDOC, *et al.*,<br><br>　　　　　Defendants. | Case No. 3:24-CV-00216-ART-CLB<br><br>**ORDER RE: SERVICE OF PROCESS** |

Before the Court is Plaintiff Douglas E. Shield's motion requesting issuance and service of summons. (ECF No. 26.) The Office of the Attorney General did not accept service of process on behalf of **Dean J. Ontiveros** who is no longer an employee of the Nevada Department of Corrections. (ECF No. 23.) However, the Attorney General has filed the last known address of this Defendant under seal. (ECF No. 25.)

Accordingly, Plaintiff's motion, (ECF No. 26), is **GRANTED**. The Clerk shall **ISSUE** a summons for the above-named Defendant and send the same to the U.S. Marshal with the address provided under seal. (ECF No. 25.) The Clerk shall also **SEND** sufficient copies of the complaint, (ECF No. 8), the screening order, (ECF No. 9), and this order to the U.S. Marshal for service on the Defendant. The Court will separately provide to the U.S. Marshal a completed USM 285 form for the Defendant.

Plaintiff is reminded that if the above-named Defendant is not served by December 22, 2025,[1] he will be dismissed for failure to complete service of process pursuant to Fed. R. Civ. P. 4(m).

**DATED**:  October 24, 2025   .

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　
**UNITED STATES MAGISTRATE JUDGE**

---

[1] This date represents 90 days from the date of the order denying Plaintiff's motion to amend his complaint, (ECF No. 21). *See* Fed. R. Civ. P. 4(m) (requiring service on defendants within 90 days after a complaint is filed).