**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | |
|---|---|
| DOUGLAS E. SHIELDS,<br>　　　　　　　　　Plaintiff,<br>　v.<br>STATE OF NEVADA, *et al.*,<br>　　　　　　　　　Defendants. | Case No. 3:24-CV-00216-ART-CLB<br><br>**ORDER STRIKING DISCOVERY DOCUMENTS**<br><br>[ECF No. 32] |

Plaintiff filed his initial disclosure of witnesses and documents on the docket in this case. (ECF No. 32.) Discovery-related documents must be <u>served</u> on the affected party, not <u>filed</u> on the docket, unless ordered by the Court. Local Rule 26-7; Fed. R. Civ. P. 5(d)(1). No such order has been entered in this case. Accordingly, the Court **STRIKES** the above-referenced document, and instructs the parties to refrain from filing discovery documents on the docket in the future absent a Court order that they do so.

**IT IS SO ORDERED.**

DATED:  December 16, 2025.

_____
**UNITED STATES MAGISTRATE JUDGE**