# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

DOUGLAS SHIELDS,

              Plaintiff,

v.

NEVADA DEPARTMENT OF
CORRECTIONS, et al.,

              Defendants.

Case No.  3:24-CV-00216-ART-CLB

**ORDER GRANTING**

**STIPULATION FOR
DISMISSAL WITH PREJUDICE**

Plaintiff, Douglas Shields (Plaintiff), *pro se*, and Defendants, by and through counsel, Aaron D. Ford, Attorney General of the State of Nevada, and Douglas R. Rands, Senior Deputy Attorney General, hereby stipulate and agree that the above-captioned actions should be dismissed with prejudice, by order of this Court, with each party to bear his own costs.

DATED this 5 day of January, 2026

By: _____
Douglas Shields
Plaintiff, *Pro Se*

**IT IS SO ORDERED.**

DATED this 5th day of January, 2026
AARON D. FORD
Attorney General

By: /s/ *Douglas R. Rands*
    DOUGLAS R. RANDS, Bar No. 3572
    Senior Deputy Attorney General
    *Attorneys for Defendants*

_____
Anne R. Traum
United States District Judge

Dated: February 10, 2026